Hand-Delivered

Case # 1:25CV414-MR-WCM

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION 100 Otis Street, Room 309, Asheville, NC 28801 FREDERICKA TAUNASHAY MCLEOD, Plaintiff, v. MISSION HOSPITAL, HCA HEALTHCARE, Defendant. COMPLAINT (PRO SE) 1. JURISDICTION This action is brought under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act (ADA). The Court has jurisdiction under 28 U.S.C. §1331. 2. PARTIES Plaintiff: Fredericka Taunashay McLeod, resident of Buncombe County, NC. Defendant: Mission Hospital (HCA Healthcare), located in Asheville, NC. 3. STATEMENT OF FACTS • Plaintiff worked at Mission Hospital and experienced discrimination and retaliation. • Plaintiff requested PRN and night positions and was denied while others with less seniority were approved. • Plaintiff submitted a doctor's note requesting accommodation. Instead of accommodating, Defendant removed Plaintiff from the work schedule. • Plaintiff contacted HR with concerns; retaliation increased afterward. • After contacting the EEOC, Plaintiff experienced further adverse treatment. • Plaintiff received a Right-to-Sue letter from the EEOC on August 29, 2025. 4. CAUSES OF ACTION Count I: Race Discrimination under Title VII Count II: Retaliation under Title VII Count III: Failure to Accommodate (ADA) Count IV: ADA Retaliation 5. DAMAGES Plaintiff suffered emotional distress, loss of income, reputation harm, and career disruption. 6. RELIEF REQUESTED Plaintiff requests: • Compensatory damages • Back pay and future pay • Punitive damages • Attorney fees (if later represented) • Any additional relief the Court finds appropriate. Respectfully Submitted, _____ Fredericka Taunashay McLeod Date: 11/20/2025

FILED
ASHEVILLE, NC

NOV 20 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.